**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ROCCO BUCCI,**<br><br>**Debtor.** | :<br>:<br>:<br>:<br>: | **CHAPTER 13 PROCEEDING**<br><br>**CASE NO. 20-10511 AMC** |
| **BAYVIEW LOAN SERVICING, LLC,**<br><br>**Creditor,**<br><br>**vs.**<br><br>**WILLIAM MILLER,**<br>**Trustee,**<br>**Respondent(s).**<br><br>**And**<br><br>**ROCCO BUCCI,**<br><br>**Debtor.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

**ORDER DISMISSING CASE WITH PREJUDICE**

Upon the Motion of Debtor, Rocco Bucci ("Debtor") to reinstate and the Cross-motion to dismiss with prejudice of Bayview Loan Servicing, LLC, by and through its attorney, Robert W. Williams, Esquire, and for good cause shown, it is

On this                                                    day of                            , 2020

**ORDERED, DECREED, AND ADJUDGED** that:

1. Debtor's motion to reinstate is DENIED;

2. Bayview Loan Servicing, LLC's cross-motion to dismiss with prejudice is granted;

3. Bayview Loan Servicing, LLC is permitted to proceed with the sheriff sale of the property commonly known as 1720 Hood Lane, Maple Glen, PA 19002;

4. The property commonly known as 1720 Hood Lane, Maple Glen, PA 19002 is exempt from any future automatic stay in accordance 11 U.S.C. § 362(d)(4) in the event Debtor,

Carol Bucci, or another interest party files a bankruptcy petition related to the property ;

5.  Debtor is enjoined from any further bankruptcy filing without leave of Court by way of motion filed under the instant docket.

The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).


BY THE COURT:


_____
The Honorable Ashely M. Chan
United States Bankruptcy Court


cc:    Alicia M. Sandoval, Esquire (*via ECF notification*);
       William Miller, Esquire, Trustee (*via ECF notification*);
       Rocco Bucci
       1720 Hood Lane
       Maple Glen, PA 19002
       *Via U.S. First Class Mail*